# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conner, Christopher C. | Middle District Pennsylvania | 03/01/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Nominee) | X Nomination, Date 02/28/2002 <br><br> ___ Initial   ___ Annual   ___ Final | 01/01/2001 to 02/15/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 5950 <br> 3401 North Front Street <br> Harrisburg, PA 17110-0950 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Vice President | Pennsylvania Bar Association |
| 2 | Director | Pennsylvania Bar Institute |
| 3 | Board Member | Wildcat Foundation |

## II. AGREEMENTS   (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 06/01/90 | Stock purchase agreement: Mette Evans & Woodside and current shareholders (list of shareholders is attached); Book value per share at December 31, 2001 |
| 2 | 01/01/94 | Employment contract: Mette Evans & Woodside and Christopher C. Conner; Percentage of aged accounts receivable |
| 3 | 01/18/01 | Partnership Agreement: RiverOaks Associates and current shareholders (list of shareholders is attached); 4.35% of the net value of partnership property |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2002 | Mette Evans and Woodside (Attorney) | $ 28,601 |
| 2 | 2002 | RiverOaks Leasing Company (office equipment leasing to law firm) | $ 0 |
| 3 | 2002 | Commonwealth of Pennsylvania | |
| 4 | 2001 | Mette Evans & Woodside (Attorney) | $ 216,285 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Conner, Christopher C. | Date of Report<br>03/01/2002 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | Mette Evans & Woodside Pension Plan F/B/O Christopher C. Conner | Pension Plan loan | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

| * VAL CODES: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001 to $100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| 0=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting: Conner, Christopher C. | Date of Report: 03/01/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Commerce Bank/Harrisburg cash accounts | A | Interest | J | T | EXEMPT | | | | |
| 2 Dow Chemical Company common stock | A | Dividend | J | T | EXEMPT | | | | |
| 3 First Union Bank account | A | Interest | J | T | EXEMPT | | | | |
| 4 RiverOaks Associates - general partnership interest | B | Rent | K | W | EXEMPT | | | | |
| 5 Public Service Company of New Mexico | A | Dividend | J | T | EXEMPT | | | | |
| 6 BROKERAGE ACCOUNT #1 | | | | | EXEMPT | | | | |
| 7 - Cash equivalent accounts | A | Dividend | J | T | EXEMPT | | | | |
| 8 - Templeton World Fund Class A | A | Dividend | J | T | EXEMPT | | | | |
| 9 BROKERAGE ACCOUNT #2 | | | | | EXEMPT | | | | |
| 10 - Cash equivalent accounts | B | Interest | J | T | EXEMPT | | | | |
| 11 - Coca Cola common stock | A | Dividend | J | T | EXEMPT | | | | |
| 12 - Emerson Electric Co. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 13 - Fox Entertainment Group Inc. Class A common stock | A | Dividend | J | T | EXEMPT | | | | |
| 14 - Alliance Premier Growth Fund Class B | A | Dividend | J | T | EXEMPT | | | | |
| 15 - Van Kampen Emerging Growth Fund Class B | A | Dividend | J | T | EXEMPT | | | | |
| 16 - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | J | T | EXEMPT | | | | |
| 17 - NM General Motors Acceptance Corp. 4.75% due 11/15/03 | A | Interest | J | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 03/01/2002 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | EXEMPT | | | | |
| 19 BROKERAGE ACCOUNT #3 | | | | | EXEMPT | | | | |
| 20 - Cash equivalent accounts | B | Interest | J | T | EXEMPT | | | | |
| 21 - Coca Cola common stock | A | Dividend | J | T | EXEMPT | | | | |
| 22 - Emerson Electric Co. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 23 - Fox Entertainment Group Inc. Class A common stock | A | Dividend | J | T | EXEMPT | | | | |
| 24 - Alliance Premier Growth Fund Class B | A | Dividend | J | T | EXEMPT | | | | |
| 25 - Van Kampen Emerging Growth Fund Class B | A | Dividend | J | T | EXEMPT | | | | |
| 26 - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | J | T | EXEMPT | | | | |
| 27 - NM General Motors Acceptance Corp. 4.75% due 11/15/03 | A | Interest | J | T | EXEMPT | | | | |
| 28 - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | EXEMPT | | | | |
| 29 BROKERAGE ACCOUNT #4 | | | | | EXEMPT | | | | |
| 30 - Cash equivalent accounts | B | Interest | J | T | EXEMPT | | | | |
| 31 - Coca Cola common stock | A | Dividend | J | T | EXEMPT | | | | |
| 32 - Emerson Electric Co. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 33 - Fox Entertainment Group Inc. Class A common stock | A | Dividend | J | T | EXEMPT | | | | |
| 34 - Alliance Premier Growth Fund Class B | A | Dividend | J | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 03/01/2002 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 35 - Van Kampen Emerging Growth Fund Class B | A | Dividend | J | T | EXEMPT | | | | |
| 36 - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | J | T | EXEMPT | | | | |
| 37 - NM General Motors Acceptance Corp. 4.75% due 11/15/03 | A | Interest | J | T | EXEMPT | | | | |
| 38 - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | EXEMPT | | | | |
| 39 BROKERAGE ACCOUNT #5 | | | | | EXEMPT | | | | |
| 40 - Cash equivalent accounts | B | Interest | J | T | EXEMPT | | | | |
| 41 - Coca Cola common stock | A | Dividend | J | T | EXEMPT | | | | |
| 42 - Emerson Electric Co. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 43 - Fox Entertainment Group Inc. Class A common stock | A | Dividend | J | T | EXEMPT | | | | |
| 44 - Alliance Premier Growth Fund Class B | A | Dividend | J | T | EXEMPT | | | | |
| 45 - Van Kampen Emerging Growth Fund Class B | A | Dividend | J | T | EXEMPT | | | | |
| 46 - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | J | T | EXEMPT | | | | |
| 47 - NM General Motors Acceptance Corp. 4.75% due 11/15/03 | A | Interest | J | T | EXEMPT | | | | |
| 48 - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | EXEMPT | | | | |
| 49 BROKERAGE ACCOUNT #6 | | | | | EXEMPT | | | | |
| 50 - ML Fundamental Growth A | A | Dividend | K | T | EXEMPT | | | | |
| 51 - Templeton World Fund Class A | A | Dividend | K | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 03/01/2002 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 - ML Muni Bond Insured PT A | A | Interest | J | T | EXEMPT | | | | |
| 53 BROKERAGE ACCOUNT #7 | | | | | EXEMPT | | | | |
| 54 - Cash equivalent accounts | A | Interest | J | T | EXEMPT | | | | |
| 55 - Disney Company common stock | A | Dividend | J | T | EXEMPT | | | | |
| 56 - ML Global Allocation Fund C | A | Dividend | J | T | EXEMPT | | | | |
| 57 BROKERAGE ACCOUNT #8 | | | | | EXEMPT | | | | |
| 58 - Cash equivalent accounts | A | Interest | J | T | EXEMPT | | | | |
| 59 - Zero Coupon Treasury Receipt Bond due 11/15/05 | A | Interest | J | T | EXEMPT | | | | |
| 60 - Disney Company common stock | A | Dividend | J | T | EXEMPT | | | | |
| 61 - Merc Pan Europe Growth Cl. C | A | Dividend | J | T | EXEMPT | | | | |
| 62 BROKERAGE ACCOUNT #9 | | | | | EXEMPT | | | | |
| 63 - Cash equivalent accounts | A | Interest | J | T | EXEMPT | | | | |
| 64 - Zero Coupon Treasury Receipt Bond due 11/15/05 | A | Interest | J | T | EXEMPT | | | | |
| 65 - Disney Company common stock | A | Dividend | J | T | EXEMPT | | | | |
| 66 - AIM Global Growth Fund Cl. B | A | Dividend | J | T | EXEMPT | | | | |
| 67 - Merc Pan Europe Growth Cl. C | A | Dividend | J | T | EXEMPT | | | | |
| 68 BROKERAGE ACCOUNT #10 | | | | | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 - Cash equivalent accounts | A | Interest | J | T | EXEMPT | | | | |
| 70 - Zero Coupon Treasury Receipt Bond due 11/15/05 | A | Interest | J | T | EXEMPT | | | | |
| 71 - Disney Company common stock | A | Dividend | J | T | EXEMPT | | | | |
| 72 - AIM Global Growth Fund Cl. B | A | Dividend | J | T | EXEMPT | | | | |
| 73 - Merc Pan Europe Growth Cl. C | A | Dividend | J | T | EXEMPT | | | | |
| 74 PENSION PLAN #1 (401-K) | | | | | EXEMPT | | | | |
| 75 - Pps Ii Short-term Fund | A | Dividend | K | T | EXEMPT | | | | |
| 76 PENSION PLAN #2 (Pension) | | | | | EXEMPT | | | | |
| 77 - Cash equivalent accounts | A | Interest | K | T | EXEMPT | | | | |
| 78 - GMAC Corporate bond due 10/15/06 | B | Interest | K | T | EXEMPT | | | | |
| 79 - AOL Time Warner common stock | A | Dividend | J | T | EXEMPT | | | | |
| 80 - AT&T Corp. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 81 - AT&T Wireless common stock | A | Dividend | J | T | EXEMPT | | | | |
| 82 - BP PLC SPON ADR | A | Dividend | J | T | EXEMPT | | | | |
| 83 - ML Russell 2000 Index due 09/30/2004 | | None | J | T | EXEMPT | | | | |
| 84 - Biogen Inc. common stock | | None | K | T | EXEMPT | | | | |
| 85 - Cisco Systems Inc. common stock | | None | J | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 03/01/2002 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 85 - Comcast Corp Spl Class A | | None | J | T | EXEMPT | | | | |
| 87 - Compaq Computer Corp common stock | A | Dividend | J | T | EXEMPT | | | | |
| 88 - Fulton Financial Corp common stock | A | Dividend | J | T | EXEMPT | | | | |
| 89 - General Electric common stock | A | Dividend | K | T | EXEMPT | | | | |
| 90 - Global Crossing Ltd. common stock | | None | J | T | EXEMPT | | | | |
| 91 - H.J. Heinz Co. PV $.25 Preferred | A | Dividend | J | T | EXEMPT | | | | |
| 92 - Hershey Foods Corp common stock | A | Dividend | J | T | EXEMPT | | | | |
| 93 - Intel Corp common stock | A | Dividend | J | T | EXEMPT | | | | |
| 94 - Kinder Morgan Inc. common stock | A | Dividend | K | T | EXEMPT | | | | |
| 95 - Legacy Bank of Harrisburg | | None | J | T | EXEMPT | | | | |
| 96 - Eli Lilly & Co. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 97 - Medtronic Inc. common stock | A | Dividend | K | T | EXEMPT | | | | |
| 98 - Microsoft Corp common stock | | None | J | T | EXEMPT | | | | |
| 99 - Motorola Inc. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 100 - NASDAQ 100 Trust | | None | J | T | EXEMPT | | | | |
| 101 - Oracle Corp common stock | | None | J | T | EXEMPT | | | | |
| 102 - PPG Industries Inc. common | A | Dividend | J | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 03/01/2002 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 - Pfizer Inc. PV $.05 Pfd. | A | Dividend | J | T | EXEMPT | | | | |
| 104 - Sanmina-Sci Corp. common stock | | None | J | T | EXEMPT | | | | |
| 105 - SBC Communications Inc. PV $1.00 | A | Dividend | J | T | EXEMPT | | | | |
| 106 - Susquehanna Bancshares Inc. common stock | A | Dividend | J | T | EXEMPT | | | | |
| 107 - United Technologies Corp common stock | A | Dividend | J | T | EXEMPT | | | | |
| 108 - Verizon Communications common stock | A | Dividend | J | T | EXEMPT | | | | |
| 109 - Worldcom Inc.-MCI Group common stock | | Dividend | J | T | EXEMPT | | | | |
| 110 - Worldcom Inc. - Worldcom Group common stock | | None | J | T | EXEMPT | | | | |
| 111 - Alliance Intl. Premier Growth Fund Class B | | Dividend | J | T | EXEMPT | | | | |
| 112 - ML Fundamental Growth Fund Class D | A | Dividend | J | T | EXEMPT | | | | |
| 113 - ML Fundamental Growth Fund Class B | A | Dividend | K | T | EXEMPT | | | | |
| 114 - ML Global Value Fund Class D | | Dividend | J | T | EXEMPT | | | | |
| 115 - ML Global Growth Fund Class B | | Dividend | J | T | EXEMPT | | | | |
| 116 - ML Global Allocation Fund Class B | | Dividend | J | T | EXEMPT | | | | |
| 117 - ML S&P 500 Index Fund Class D | | Dividend | J | T | EXEMPT | | | | |
| 118 MERRILL LYNCH IRRA | A | Dividend | J | T | EXEMPT | | | | |
| 119 - ML Retirement Reserves Cl. 1 | | | | | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,000-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 03/01/2002 |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 - Putnam New Opportunities Fund Class A and B | | | | | EXEMPT | | | | |
| 121 - Putnam Fund for Growth and Income Class A and B | | | | | EXEMPT | | | | |
| 122 - Putnam Global Growth Fund Class A and B | | | | | EXEMPT | | | | |
| 123 - Putnam Voyager Fund Class A and B | | | | | EXEMPT | | | | |
| 124 - Putnam Diversified Income Trust Class B | | | | | EXEMPT | | | | |
| 125 TRUSTEE ACCOUNT #1 | A | Dividend | K | T | EXEMPT | | | | |
| 126 - 20th Century Intl. Growth Fund | | | | | EXEMPT | | | | |
| 127 - 20th Century Growth Fund | | | | | EXEMPT | | | | |
| 128 - Blackrock Large Cap Value Equity Instl. | | | | | EXEMPT | | | | |
| 129 - Franklin Small Cap Growth Fund II | | | | | EXEMPT | | | | |
| 130 - Goldman Sachs Intl. Equity Fund Class A | | | | | EXEMPT | | | | |
| 131 - MFS Stategic Growth Fund Class A | | | | | EXEMPT | | | | |
| 132 - ML Small Cap Value Fund Class A | | | | | EXEMPT | | | | |
| 133 - Pioneer Fund Inc. | | | | | EXEMPT | | | | |
| 134 Bison Lodge, Inc. hunting camp | | None | K | V | EXEMPT | | | | |
| 135 South Central Agency Inc. | | None | J | V | EXEMPT | | | | |
| 136 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |